UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63339
    TRINA V BROWNLEE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-6176

---------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 11/08/2005 and was confirmed 02/06/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.31%.

    The case was dismissed after confirmation 11/10/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | 25967.26 | .00 | 25967.26 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 14785.65 | .00 | 5990.00 |
| MORTGAGE ELECTRONIC SYS | NOTICE ONLY | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 2075.31 | 81.60 | 2075.31 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1651.63 | .00 | 170.28 |
| B-LINE LLC | UNSECURED | 4982.95 | .00 | 513.74 |
| OCWEN LOAN SERVICING LLC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 865.07 | .00 | 89.19 |
| TIMOTHY K LIOU | DEBTOR ATTY | 1,739.20 | | 1,739.20 |
| TOM VAUGHN | TRUSTEE | | | 2,393.42 |
| DEBTOR REFUND | REFUND | | | 800.00 |

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 39,820.00 | |
| PRIORITY | | .00 |
| SECURED | | 34,032.57 |
| INTEREST | | 81.60 |
| UNSECURED | | 773.21 |
| ADMINISTRATIVE | | 1,739.20 |
| TRUSTEE COMPENSATION | | 2,393.42 |
| DEBTOR REFUND | | 800.00 |
| TOTALS | 39,820.00 | 39,820.00 |

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63339 TRINA V BROWNLEE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE